Marvin LOVEJOY, Plaintiff—
Appellant,

v.

Richard CATHCART, State Attorney;
Henry D. McMaster, Attorney General
for the State of South Carolina;
David M. Tatarsky, General Counsel
for the South Carolina Department of
Corrections; Jon Ozmint, Director,
South Carolina Department of Correc-
tions, Defendants—Appellees.

No. 05–6416.

United States Court of Appeals,
Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 4, 2005.

Marvin Lovejoy, Appellant Pro Se.

Before KING, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Marvin Lovejoy appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *See Lovejoy v. Cathcart*, No.
CA–04–22155–8–24BI (D.S.C. Feb. 17,
2005). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED*